IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| SUNSTATE MANUFACTURED HOMES OF GEORGIA | : | NO: 01-70060 jtl |
| | : | |
| | : | CHAPTER 7 |
| Debtor(s) | : | |

**TRUSTEE'S NOTICE OF PAYMENT INTO COURT**

COMES NOW WALTER W. KELLEY, Trustee of the above estate, and hereby shows the following:

-1-

Pursuant to and in accordance with §347(a) of Title 11, Unites States Code (the "Bankruptcy Code"), I hereby give notice that I am paying into the Court the unpaid final dividend check(s) identified in Paragraph 2 in the sum of $1,597.75.

-2-

Pursuant to and in accordance with Rule 3011 of the Federal Rules of Bankruptcy Produce, the last known name and address of each entity whose final dividend check has not been presented for payment within ninety (90) days of issuance or returned to the Trustee, the number of such check, and the amount that such entity is entitled to be paid from the remaining property of the estate that is being paid into the Court as follows:

| **Name and Last Known Address** | **Check No.** | **Amount** |
|---|---|---|
| Star Fleet Inc.<br>P.O. Box 548<br>Bristol, TN  46507-0548 | 1071 | $859.60 |
| Grinnell Fire Protection<br>2100 Corporate Drive<br>Addison, IL  60101 | 1062 | $ 11.97 |
| South Georgia Frames Unlimited, Inc.<br>P.O. Box 506<br>Adel, GA  31620 | 1011 | $ 96.52 |
| Décor Gravure Corp<br>1400 South Trust Tower<br>Birmingham, AL  35203 | 1028 | $ 39.66 |
| Foster Foster Allen Durran<br>801 Broad Street, Suite 515<br>Chattanooga, TN  37402-2621 | 1037 | $   9.24 |
| GMAC Commercial Credit<br>One Pennsylvania Plaza-9[th] Floor<br>New York, NY  10119 | 1049 | $ 12.71 |

| | | |
|---|---|---|
| Euler/American Credit Indemnity<br>100 E. Pratt Street<br>5th Floor<br>Baltimore, MD  21202 | 1035 | $193.26 |
| Royer Homes<br>c/o Jack Price<br>P.O. Box 461<br>McComb, MS  39649 | 1044<br>1045 | $ 39.12<br>$ 73.59 |
| Pinnacle Capital Corporation<br>c/o Lester Castellow<br>P.O. Box 190<br>Moultrie, GA  31776 | 1021 | $262.08 |

In an effort to locate each of these creditors, the Trustee has searched the Yellow Pages on the Internet for a listing for each creditor, called telephone numbers found and left a message.  Several numbers called either had busy signals or no answer.  Also, on a few of the businesses, could not find a phone number.

WHEREFORE, the Trustee respectfully requests that this report be approved.

/s/ Walter W. Kelley
WALTER W. KELLEY
Chapter 7 Trustee
P.O. Box 70879
Albany, Georgia   31708
(229) 888-9128

**CERTIFICATE OF SERVICE**

I certify that I have furnished a true copy of the within and foregoing to Elizabeth A. Hardy, Assistant U. S. Trustee, by either the court's electronic filing system or at Ustp.region21.mc.ecf@usdoj.gov  this 2nd day of November 2007.

/s/ Walter W. Kelley
WALTER W. KELLEY
Chapter 7 Trustee

# DIVIDENDS REMITTED TO THE COURT
## Check Number 1093 Dated 11/01/07
## Case Number 01-70060 – Sunstate Manufactured Homes

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Star Fleet<br>P.O. Box 548<br>Bristol, TN  46507-0548 | 126 | $98,411.39 | $859.60 |
| Grinnell Fire Protection<br>2100 Corporate Drive<br>Addison, IL  60101 | 110 | $1,370.50 | $11.97 |
| South Georgia Frames Unlimited, Inc.<br>P.O. Box 506<br>Adel, GA  31620 | 9 | $11,050.00 | $96.52 |
| Décor Gravure Corp<br>1400 South Trust Tower<br>Birmingham, AL  35203 | 42 | $4,539.90 | $39.66 |
| Foster Foster Allen Durran<br>801 Broad Street, Suite 515<br>Chattanooga, TN  37402 | 54 | $1,057.47 | $9.24 |
| GMAC Commercial Credit<br>One Pennsylvania Plaza<br>9th Floor<br>New York, NY  10119 | 83 | $1,455.05 | $12.71 |
| Euler/American Credit Indemnity<br>100 E. Pratt Street<br>5th Floor<br>Baltimore, MD  21202 | 52 | $22,126.02 | $193.26 |
| Royer Homes<br>c/o Jack Price<br>P.O. Box 461<br>McComb, MS  39649 | 65A<br>65B | $4,478.28<br>$8,425.12 | $39.12<br>$73.59 |
| Pinnacle Capital Corp<br>c/o Lester Castellow<br>P.O. Box 190<br>Moultrie, GA  31776 | 27 | $30,004.15 | $262.08 |
| -----Remittance Total----- | | | $1,597.75 |

_Walter W. Kelley, Trustee_